# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Gabriel Diaz-Amador, et al., ) | CV-11-243-TUC-DCB |
| Plaintiffs, ) | |
| vs. ) | ORDER |
| Wells Fargo Home Mortgages, et al., ) | |
| Defendants. ) | |

Magistrate Judge Estrada signed a Report and Recommendation on February 6, 2012, recommending that the District Court grant the Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint and allow Plaintiffs leave to file a Second Amended Complaint. A copy was sent to all parties on February 7, 2012, notifying all parties that written objections must be filed within fourteen days of service. Fed.R.Civ.P. 72(b)(2). No objections to the Magistrate Judge's Report and Recommendation have been filed. Consequently, any objections that have not been raised are waived and will not be addressed by the Court.

The Court, having made an independent review of the record, orders as follows:

IT IS ORDERED that Magistrate Judge Estrada's Report and Recommendation (Doc. 16) is ACCEPTED and ADOPTED by this Court as the findings of fact and conclusions of law.

IT IS ORDERED that Defendants' Motion to Dismiss (Doc. 13) is GRANTED without prejudice to Plaintiffs filing a Second Amended Complaint on or before **March 16,**

1  **2012** and attempt to cure any pleading infirmities. This action will not be referred back to
2  the Magistrate Judge, consequently all future filings should bear the following case number:
3  CV-11-243-TUC-DCB.
4      DATED this 23rd day of February, 2012.

David C. Bury
United States District Judge